[No. 30826-6-II. Division Two. March 15, 2005.]

ESTATE OF THOMAS C. CUPP, *Appellant*, v. SAFECO CORPORATION ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-07162-2, Bryan E. Chushcoff, J., entered September 3, 2003. *Affirmed* unpublished opinion per Morgan, A.C.J., concurred in by Houghton and Hunt, JJ.

[No. 30988-2-II. Division Two. March 15, 2005.]

CENTRALIA MINING COMPANY, *Respondent*, v. DENNIS G. FROST, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 02-2-00961-0, H. John Hall, J., entered October 10, 2003. *Reversed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.

[No. 31082-1-II. Division Two. March 15, 2005.]

REBECCA WAHL, *Appellant*, v. BETHEL SCHOOL DISTRICT No. 403, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-11430-7, John A. McCarthy, J., entered November 7, 2003. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Armstrong, JJ.